UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO
INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO
CASUALTY CO.,

    Plaintiffs,

v.                                                     Case No: 8:21-cv-2556-VMC-JSS

DAVID KALIN, M.D., et al.,

    Defendants.
_____/

## ORDER

Plaintiffs ("GEICO") move the court to compel Defendants Maikel Cabrera, L.M.T., Evelin Perez, L.M.T, and Josefina Sosa, L.M.T. to respond to GEICO's discovery requests. (Motion, Dkt. 119.) On February 8, 2022, GEICO served a First Set of Interrogatories and First Set of Document Requests on Defendants Cabrera, Perez, and Sosa. (Dkt. 119-1.) On March 3, 2022, Defendants Cabrera, Perez, and Sosa obtained a brief extension of the deadline, to March 24, 2022, to respond to GEICO's discovery requests. Defendants Cabrera, Perez, and Sosa failed to provide any responses or documents. Accordingly, GEICO filed this Motion to Compel pursuant to Federal Rule of Civil Procedure 37. (Dkt. 119.)

On May 3, 2022, this court permitted attorney Kenneth Schurr to withdraw as counsel for Defendants Cabrera, Perez, and Sosa. (Dkt. 133.) The court granted

Defendants 20 days to obtain new counsel or proceed *pro se*. (*Id.*) The court further directed Defendants Cabrera, Perez, and Sosa to file a response to GEICO's Motion within 35 days, regardless of whether they obtained new counsel. (*Id.*). Defendants were advised that if they failed to file a response as directed, the court would deem the Motion unopposed pursuant to Middle District of Florida Local Rule 3.01(c). More than thirty-five days have passed since the court's order, but no response to the Motion has been filed. As such, the court deems the Motion unopposed.

Accordingly, GEICO's Motion to Compel (Dkt. 119) is **GRANTED** in part and **DENIED** in part. Defendants Cabrera, Perez, and Sosa shall provide written responses to GEICO's First Set of Interrogatories and First Set of Document Requests and responsive documents within 30 days. GEICO's request for attorneys' fees and costs is denied without prejudice.

**ORDERED** in Tampa, Florida, on June 14, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record