UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO
INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO
CASUALTY CO.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　Case No: 8:21-cv-2556-VMC-JSS

DAVID KALIN, M.D., et al.,

    Defendants.
_____/

## ORDER

Defendant Personal Rehabilitation Center, Inc. (PRC) moves the court to overrule objections and compel interrogatory responses from Plaintiffs (GEICO) pursuant to Federal Rule of Civil Procedure 37. (Motion, Dkt. 129.) The court held a hearing on the Motion on June 14, 2022. Upon consideration and for the reasons stated during the hearing:

1. Defendant PRC's Motion (Dkt. 129) is **GRANTED** in part and **DENIED** in part.

2. As to Interrogatories Nos. 3, 8, 9, 10, 18, 24, 25, the Motion is denied. *See* Fed. R. Civ. P. 26(b)(1) ("Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case.").

3. As to Interrogatory No. 6, GEICO shall promptly supplement its response if or when information responsive to Interrogatory No. 6 comes within its possession or control. *See* Fed. R. Civ. P. 26(e)(1).

4. As to Interrogatory No. 16, Defendant PRC shall draft an amended interrogatory as discussed with the court. GEICO shall answer the amended interrogatory within 30 days of service.

5. As to Interrogatory No. 21, GEICO shall serve an amended response addressing the issue of privilege as discussed with the court. *See* Fed. R. Civ. P. 26(b)(5).

6. As to Interrogatory No. 23, GEICO shall provide an amended response to Interrogatory No. 23(b), as the information requested therein is relevant to the claims in GEICO's complaint. Defendant PRC may seek additional discovery on the issues raised in Interrogatory No. 23 if warranted after receiving GEICO's response.

7. The Motion is otherwise denied.

8. GEICO shall provide amended responses as directed herein within 15 days of the date of this order.

**ORDERED** in Tampa, Florida, on June 14, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record